# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2578

_____

Bishwadeo Murril; Dewannie Murril,    *
                                         *

        Appellants,    *    Appeal from the United States
                                         *    District Court for the
     v.    *    Western District of Arkansas.
                                         *

Keith Smith Company, Inc.,    *    **[UNPUBLISHED]**
                                         *

        Appellee.    *

_____

Submitted: January 19, 2001
Filed: January 24, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Bishwadeo and Dewannie Murril appeal the district court's[1] adverse grant of summary judgment in their race discrimination lawsuit against the company with whom they contracted to provide hatching eggs. After careful review, we conclude summary judgment was proper because the Murrils failed to show that they performed according to the company's legitimate expectations or that the company's stated reason for terminating the contract--the Murrils' poor performance--was pretextual. See Hughes

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

v. Ortho Pharmaceutical Corp., 177 F.3d 701, 704 (8th Cir. 1999) (burden-shifting analysis); Bratton v. Roadway Package System, Inc., 77 F.3d 168, 176 (7th Cir. 1996) (prima facie case in contract discrimination claim).

Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.